**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

GULED HASSAN DURAN (ISN 10023),

        Petitioner,

    v.

DONALD J. TRUMP, <u>et al.</u>,

        Respondents.

_____

Civil Action No. 16-2358 (RBW)

## <u>ORDER</u>

Upon consideration of the respondents' Unopposed Motion for Extension of Time for Respondents to Respond to the Court's October 7, 2020 Order, and for good cause shown, it is hereby

**ORDERED** that the respondents' Unopposed Motion for Extension of Time for Respondents to Respond to the Court's October 7, 2020 Order, ECF No. 107, is **GRANTED**. It is further

**ORDERED** that the deadline for the respondents to respond to the Court's October 7, 2020 Order is **EXTENDED** to November 13, 2020.

**SO ORDERED** this 20th day of October, 2020.

REGGIE B. WALTON
United States District Judge